ROMINGER v. BUGH.

*Appeal from District Court of Saguache County.*

Messrs. ARTHUR and VOSBURG, for appellant. ·

Messrs. E. F. and C. A. ALLEN, for appellee.

ELBERT, J.   By agreement of parties this case is heard and determined upon the same evidence as the case of *Rominger v. Squires*, just decided. The same errors exist in this case as in that, and the judgment must be the same. The decree of the court below will be reversed, and the cause remanded for a new trial upon the issues made by the pleadings.

*Reversed.*